**Dismissed and Opinion Filed February 14, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-01118-CV**
_____

**CHRISTOPHER FORBUS, FORBUS HOLDINGS, LLC, Appellants**
**V.**
**RONALD JOSH FEFERMAN NONEXEMPT LIFETIME TRUST, Appellees**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-03295-2023**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Miskel

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcards dated November 8, 2023 and November 20, 2023, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated November 8, 2023, we informed appellants the docketing statement was due and directed appellants to file the docketing statement within ten days. By letter dated January 30, 2024, we informed appellants the clerk's record had not been filed because appellants had not

paid for the clerk's record. We directed appellants to provide, within ten days, verification they (1) had either paid for or made arrangements to pay for the clerk's record, or (2) were entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

231118f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER FORBUS,
FORBUS HOLDINGS, LLC,
Appellants

No. 05-23-01118-CV      V.

RONALD JOSH FEFERMAN
NONEXEMPT LIFETIME TRUST,
Appellees

On Appeal from the County Court at
Law No. 3, Collin County, Texas
Trial Court Cause No. 003-03295-
2023.
Opinion delivered by Justice Miskel.
Justices Reichek and Carlyle
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 14th day of February, 2024.